BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | MDL No. 2989 |

NOTICE OF DISMISSED ACTIONS

In accordance with Rule 6.1(f) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants Robinhood Financial LLC, Robinhood Securities, LLC and Robinhood Markets, Inc. write to notify the Judicial Panel on Multidistrict Litigation of two actions that were included in the Motion to Transfer (Dkt. No. 1) that have since been dismissed with prejudice.  Both cases are now closed.

The dismissed actions are included in the attached schedule of dismissed actions.  The court filings related to the dismissals and the district court dockets are attached.[1]

Dated: March 17, 2021

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP

By: /s/ Kevin J. Orsini
Kevin J. Orsini (NY Bar No. 4261806)
825 Eighth Avenue
New York, NY 10019
Tel:    (212) 474-1000
Fax:    (212) 474-3700
korsini@cravath.com

*Attorneys for Defendants Robinhood Financial LLC, Robinhood Securities, LLC and Robinhood Markets, Inc.*

---

[1] For one of the actions, *Cobos v. Robinhood Financial LLC, et al.*, No. 21-cv-00834 (C.D. Cal.), a stipulation, rather than a court order, is attached.  Under Fed. R. Civ. P. 41(a)(1)(A)(ii), a stipulation without a court order is sufficient to voluntarily dismiss an action.