**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE:<br><br>JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | MDL No. 2989 |
|---|---|

**SCHEDULE OF DISMISSED ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Case No.** | **Judge** |
|----|----------------|----------------|--------------|--------------|-----------|
| 1. | Brian Omahne | Robinhood Financial, LLC, Robinhood Securities, LLC and Robinhood Markets, Inc. | Western District of Pennsylvania | 3:21-cv-00013 | Honorable Stephanie L. Haines |
| 2. | Levi Cobos | Robinhood Financial LLC, Robinhood Securities, LLC and Robinhood Markets, Inc. | Central District of California | 2:12-cv-00843 | Honorable Virginia A. Phillips |